

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

David Kirby,

Vs. No. 11-15-00300-CR

The State of Texas,

* From the 244th District
  Court of Ector County,
  Trial Court No. C-44,870.

* December 31, 2015

* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.